CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

May 28, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NICHELLE R. KEPHART, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25-cv-00529 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CRYSTAL LARGE, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Nichelle R. Kephart, a Virginia inmate proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Crystal Large and Josh Hayes. (*See* Compl. [ECF No. 1].) By Order entered August 6, 2025, the court advised Plaintiff that she must notify the court in writing immediately upon her transfer or release and provide the Court with her new address. (Order, Aug. 6, 2025 [ECF No. 3].) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.* at 2.)

On May 18, 2026, a memorandum opinion and order mailed to Plaintiff were returned to the court as undeliverable, indicating that Plaintiff is no longer incarcerated at Southwest Virginia Regional Jail - Haysi. (*See* ECF No. 37.) To date, Plaintiff has not notified the court of her transfer or release and has not provided the court with an updated address.

Based on Plaintiff's failure to provide the court with an up-to-date address or otherwise pursue her claims against Defendants, the court will dismiss this action without prejudice for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff's last known address.

**ENTERED** this 28th day of May, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE